JS6/ENTER

FILED
CLERK, U.S. DISTRICT COURT
JUL - 2 2014
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| WAHID SHABAZZ, | Case No. CV 12-05803-SVW (DFM) |
| Plaintiff, | JUDGMENT |
| v. | |
| R. REX PARRIS et al., | |
| Defendant. | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated: 6/28/14

STEPHEN V. WILSON
United States District Judge

ENTERED
CLERK, U.S. DISTRICT COURT
JUL - 2 2014
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY